UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **BERNARD GEORGE ET AL** | **CIVIL ACTION NO. 6:23-cv-00803** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **NATIONAL GENERAL INSURANCE CO** | **MAGISTRATE JUDGE DAVID J. AYO** |

**J U D G M E N T**

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 31] previously filed herein, having thoroughly reviewed the record, and noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants National General Insurance Company and Integon National Insurance Company's ("Defendants") Motion to Dismiss [Doc. No. 14] is **GRANTED,** and all claims asserted by Plaintiffs Bernard George and Michelle George against Defendants are **DISMISSED WITH PREJUDICE.**

**MONROE, LOUISIANA**, this the 27th day of December 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE